**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Chicago Area I.B. of T. Pension Trust Fund

                            Plaintiff,

v.                                              Case No.: 1:19−cv−07976
                                                         Honorable John Z. Lee

, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 20, 2020:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the amended notice of dismissal, Defendant New Haven LLC is dismissed. This case is dismissed without prejudice. The status hearing set for 2/27/20 is stricken. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.